UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY LEWIS,
        PLAINTIFF,


V.                          CASE NO.


UNTIED STATES OF AMERICA, et al.,
        DEFENDANTS,

PLAINTIFF'S REQUEST TO PROCEED INFORMA PAUPERIS

Now comes the plaintiff, Anthony Lewis, pro-se,
in the above styled cause, and request this honorable court to
grant him leave to proceed in forma pauperis with the litigation
of the present civil action, without prepayment of cost or fee,
given the fact that he is indigent and cannot prepay the cost or
fee upon the filing of the civil complaint. The plaintiff has
provided the court a copy of his institutional account in support
of his indigency.

Wherefore, the plaintiff request this honorable court
to grant his request for leave to proceed in forma pauperis
with the present civil action, without prepayment of cost or
fee.

August 15, 2014                     Respectfully Submitted,
_____             _____
Date                                Anthony Lewis, Pro-se
                                    Reg. No. 17215-018
                                    FCC Coleman-Medium
                                    P.O. Box 1032
                                    Coleman, Florida 33521-1032



RECEIVED
Mail Room
SEP - 5 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

RECEIVED
Mail Room
AUG 2 1 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# UNITED STATES DISTRICT COURT

### District of  COLUMBIA

Anthony Lewis,
      Plaintiff

V.

United States of America, et al.,
      Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, Anthony Lewis _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  FCC Coleman-Medium

    Are you employed at the institution?  No  Do you receive any payment from the institution?  No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

                  N/A

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

                  August 1993

In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☐ Yes | ☒ No |

RECEIVED
Mail Room
AUG 21 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

                  N/A

4  Amount of money that I have in cash or in a checking or savings account  $ _____ N/A _____

5  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*

    I have been incarcerated for more than twenty (20) years. I am Indigent.

6  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*

                            N/A

    I do not have any of the above due to incarceration for more than twenty (20) years.

7  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support

                            N/A
    I do not have any of the above due to incarceration for more than twenty (20) years.

8  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*

                            N/A
    I do not have any of the above due to incarceraton for more than twenty (20) years.

*Declaration*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims

Date. August 28, 2014

_____
Applicant s signature

ArtHony LEWIS
_____
Printed name

# Inmate Statement



| Inmate Reg # | 17215018 | Current Institution | Coleman FCC |
|---|---|---|---|
| Inmate Name | LEWIS ANTHONY | Housing Unit | COM-B-C |
| Report Date | 08/14/2014 | Living Quarters | B05-016U |
| Report Time | 2 57 17 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| COA | 8/14/2014 1 40 54 PM | 59 | | | Sales | ($7 25) | | $22 49 |
| COA | 8/14/2014 12 06 15 PM | TFN0814 | | | Phone Withdrawal | ($3 00) | | $29 74 |
| COA | 8/11/2014 4 47 22 PM | TFN0811 | | | Phone Withdrawal | ($3 00) | | $32 74 |
| COA | 8/9/2014 9 05 33 AM | TL0809 | | | TRUL Withdrawal | ($5 00) | | $35 74 |
| COA | 8/7/2014 2 16 36 PM | TL0807 | | | TRUL Withdrawal | ($2 00) | | $40 74 |
| COA | 8/6/2014 6 21 08 PM | 64 | | | Sales | ($92 90) | | $42 74 |
| COA | 8/5/2014 6 50 42 PM | TFN0805 | | | Phone Withdrawal | ($7 00) | | $135 64 |
| COA | 8/3/2014 7 06 03 PM | 33314215 | | | Western Union | $100 00 | | $142 64 |
| COA | 8/2/2014 11 46 11 AM | TFN0802 | | | Phone Withdrawal | ($3 00) | | $42 64 |
| COA | 7/31/2014 5 30 18 PM | TFN0731 | | | Phone Withdrawal | ($5 00) | | $45 64 |
| COA | 7/31/2014 3 11 32 PM | TL0731 | | | TRUL Withdrawal | ($2 00) | | $50 64 |
| COA | 7/31/2014 8 45 03 AM | TFN0731 | | | Phone Withdrawal | ($3 00) | | $52 64 |
| COA | 7/30/2014 12 50 57 PM | 6 | | | Sales | ($10 85) | | $55 64 |
| COA | 7/30/2014 9 58 25 AM | TL0730 | | | TRUL Withdrawal | ($2 00) | | $66 49 |
| COA | 7/29/2014 1 26 25 PM | TL0729 | | | TRUL Withdrawal | ($2 00) | | $68 49 |
| COA | 7/29/2014 11 51 51 AM | TFN0729 | | | Phone Withdrawal | ($5 00) | | $70 49 |
| COA | 7/28/2014 5 23 45 PM | TFN0728 | | | Phone Withdrawal | ($3 00) | | $75 49 |
| COA | 7/28/2014 10 00 13 AM | TL0728 | | | TRUL Withdrawal | ($2 00) | | $78 49 |
| COA | 7/26/2014 3 34 07 PM | TFN0726 | | | Phone Withdrawal | ($3 00) | | $80 49 |
| COA | 7/26/2014 9 11 09 AM | TL0726 | | | TRUL Withdrawal | ($2 00) | | $83 49 |
| COA | 7/25/2014 5 03 23 PM | TFN0725 | | | Phone Withdrawal | ($3 00) | | $85 49 |
| COA | 7/25/2014 2 34 49 PM | TFN0725 | | | Phone Withdrawal | ($2 00) | | $88 49 |
| COA | 7/25/2014 9 37 04 AM | TL0725 | | | TRUL Withdrawal | ($2 00) | | $90 49 |
| COA | 7/24/2014 8 31 20 PM | TFN0724 | | | Phone Withdrawal | ($3 00) | | $92 49 |
| COA | 7/23/2014 5 06 01 PM | TFN0723 | | | Phone Withdrawal | ($2 00) | | $95 49 |
| COA | 7/23/2014 12 48 17 PM | 11 | | | Sales | ($98 05) | | $97 49 |
| COA | 7/23/2014 12 06 26 PM | 33314204 | | | Western Union | $100 00 | | $195 54 |
| COA | 7/22/2014 9 20 51 PM | TFN0722 | | | Phone Withdrawal | ($6 00) | | $95 54 |
| COA | 7/22/2014 6 07 25 PM | 33314203 | | | Western Union | $100 00 | | $101 54 |
| COA | 7/22/2014 12 22 44 PM | TFN0722 | | | Phone Withdrawal | ($1 00) | | $1 54 |
| COA | 7/21/2014 10 43 20 AM | TFN0721 | | | Phone Withdrawal | ($1 00) | | $2 54 |
| COA | 7/21/2014 9 52 09 AM | TL0721 | | | TRUL Withdrawal | ($2 00) | | $3 54 |

| COA | 7/19/2014 11 33 08 AM | TFN0719 | | Phone Withdrawal | ($2 00) | $5 54 |
|-----|------|---------|--|------------------|---------|-------|
| COA | 7/17/2014 1 30 21 PM | 40 | | Sales | ($54 75) | $7 54 |
| COA | 7/17/2014 12 30 39 PM | TFN0717 | | Phone Withdrawal | ($3 00) | $62 29 |
| COA | 7/16/2014 5 29 00 PM | TFN0716 | | Phone Withdrawal | ($2 00) | $65 29 |
| COA | 7/16/2014 3 31 42 PM | TFN0716 | | Phone Withdrawal | ($3 00) | $67 29 |
| COA | 7/15/2014 6 16 41 AM | TL0715 | | TRUL Withdrawal | ($2 00) | $70 29 |
| COA | 7/14/2014 8 43 29 PM | TFN0714 | | Phone Withdrawal | ($3 00) | $72 29 |
| COA | 7/14/2014 3 35 22 PM | TFN0714 | | Phone Withdrawal | ($5 00) | $75 29 |
| COA | 7/14/2014 1 08 17 PM | 33314195 | | Western Union | $80 00 | $80 29 |
| COA | 7/12/2014 12 23 26 PM | TFN0712 | | Phone Withdrawal | ($1 00) | $0 29 |
| COA | 7/11/2014 3 14 02 PM | TFN0711 | | Phone Withdrawal | ($1 00) | $1 29 |
| COA | 7/10/2014 8 02 47 PM | TFN0710 | | Phone Withdrawal | ($1 00) | $2 29 |
| COA | 7/10/2014 10 38 38 AM | TFN0710 | | Phone Withdrawal | ($1 00) | $3 29 |
| COA | 7/9/2014 3 13 45 PM | TFN0709 | | Phone Withdrawal | ($1 00) | $4 29 |
| COA | 7/9/2014 12 03 51 PM | 31 | | Sales | ($43 40) | $5 29 |
| COA | 7/7/2014 12 35 47 PM | TFN0707 | | Phone Withdrawal | ($3 00) | $48 69 |
| COA | 7/7/2014 11 08 03 AM | 33314188 | | Western Union | $50 00 | $51 69 |
| COA | 7/6/2014 8 50 16 AM | TFN0706 | | Phone Withdrawal | ($1 00) | $1 69 |

1 2 3 4 5 6 7 8 9

Total Transactions  411

|  | | | | Totals | ($38 25) | $0 00 |
|--|--|--|--|--------|---------|-------|

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|-----------|-------------------|---------------------|------------------|-----------------|-------------------|------------------------|----------------------|-----------------|
| COA | $22 49 | $0 00 | $0 00 | $0 00 | $0 00 | $0 00 | $0 00 | $22 49 |
| Totals | $22 49 | $0 00 | $0 00 | $0 00 | $0 00 | $0 00 | $0 00 | $22 49 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|----------------------------|-------------------------------|-------------------------------------|----------------------------------|--------------------------------|-----------------------------------|---------------------------------|
| $1 925 00 | $1,993 40 | $53 85 | $195 54 | $57 67 | N/A | N/A |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re    Anthony Lewis    v    United States of America,

Civil Action No _____

I, Anthony Lewis     # 17215-018    , hereby consent for the appropriate prison official to withhold from my prison account and to pay the U S District Court an initial fee of 20 percent of the greater of

(a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint, or

(b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U S District Court, until such time as the $350 00 filing fee is paid in full

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350 00 filing fee is paid in full

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court

_____
Signature of Plaintiff

n \forms\Trust Account Form